IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                              **CASE NO. 5:10-CR-50022-002**

**CHELSEA MAHONE**                                                                            **DEFENDANT**

### ORDER

Now pending before the Court is the Report and Recommendation (Doc. 141) of Chief United States Magistrate Judge Erin L. Wiedemann, filed on April 24, 2020. The time to object has now passed, and no objections were filed.

Accordingly, **IT IS ORDERED** that the Report and Recommendation (Doc. 141) is **ADOPTED IN ITS ENTIRETY**, and Defendant's Motion for Relief Under the First Step Act and for Reinstatement of Federal Benefits. (Doc. 137) is **DENIED IN PART AND FOUND AS MOOT IN PART**. Specifically, the request for relief under the First Step Act is denied for failing to exhaust administrative remedies with the Bureau of Prisons; and the request for reinstatement of federal benefits is moot because Defendant's period of ineligibility for federal benefits has now expired.

**IT IS SO ORDERED** on this 12th day of May, 2020.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE